O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN SWANSON, | ) | Case No. CV 13-06597 DDP (MANx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANTS' MOTION** |
| | ) | **TO DISMISS** |
| LOS FELIZ CHARTER SCHOOL FOR | ) | |
| THE ARTS; ROBERT GREENBERG; | ) | |
| GABRIELLE SAMUELS; MICHAEL | ) | [Dkt. No. 6] |
| BISHOP; MARY ANN GALLO; DR. | ) | |
| STACI BLOCK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     Presently before the court is DefendantS' Motion to Dismiss.
Because Plaintiff has not filed an opposition to the motion, the
court GRANTS the motion.

     Central District of California Local Rule 7-9 requires an
opposing party to file an opposition to any motion at least twenty-
one (21) days prior to the date designated for hearing the motion.
C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that
"[t]he failure to file any required document, or the failure to
file it within the deadline, may be deemed consent to the granting
or denial of the motion."  C.D. Cal. L.R. 7-12.

1    The hearing on Defendant's motion was set for Octoer 21, 2013.

2   Plaintiff's opposition was therefore due by September 30, 2013.  As

3   of the date of this Order, Plaintiff, represented by counsel, has

4   not filed an opposition to the motion or any other filing that

5   could be construed as a request for a continuance.  Accordingly,

6   the court deems Plaintiff's failure to oppose as consent to

7   granting the motion to dismiss, and GRANTS the motion.  Plaintiff's

8   First and Second causes of action are DISMISSED.

9

10

11   IT IS SO ORDERED.

12

13

14   Dated: October 10, 2013

15                                    DEAN D. PREGERSON
                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28