# O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SWANSON, | Case No. CV 13-06597 DDP (MANx) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| LOS FELIZ CHARTER SCHOOL FOR THE ARTS; ROBERT GREENBERG; GABRIELLE SAMUELS; MICHAEL BISHOP; MARY ANN GALLO; DR. STACI BLOCK, | [Dkt. No. 6] |
| Defendants. | |

Presently before the court is DefendantS' Motion to Dismiss. Because Plaintiff has not filed an opposition to the motion, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

1     The hearing on Defendant's motion was set for Octoer 21, 2013.
2  Plaintiff's opposition was therefore due by September 30, 2013.  As
3  of the date of this Order, Plaintiff, represented by counsel, has
4  not filed an opposition to the motion or any other filing that
5  could be construed as a request for a continuance.  Accordingly,
6  the court deems Plaintiff's failure to oppose as consent to
7  granting the motion to dismiss, and GRANTS the motion.  Plaintiff's
8  First and Second causes of action are DISMISSED.

11 IT IS SO ORDERED.

14 Dated: October 10, 2013

                                    DEAN D. PREGERSON
                                    United States District Judge